UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WYDELL D. JONES,<br><br>Petitioner,<br><br>v.<br><br>MATTHEW CATE, Secretary,<br><br>Respondent. | Civil No. 10cv0376 MMA (BGS)<br><br>**ORDER SUA SPONTE SUBSTITUTING RESPONDENT** |

Petitioner, a state prisoner, has filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254. At the time of filing, Petitioner was apparently housed at California Men's Colony and thus named John Marshall as Respondent. Based on the notice of change of address Petitioner submitted to the Court on June 6, 2011, it appears Petitioner is no longer housed at California Men's Colony; rather, it appears he is presently incarcerated at R.J. Donovan State Prison in San Diego, California.

A writ of habeas corpus acts upon the custodian of the state prisoner. *See* 28 U.S.C. § 2242; Rule 2(a), 28 U.S.C. foll. § 2254. Because Petitioner's place of custody has changed, so has his custodian. Accordingly, in order to conform with the requirements of Rule 2(a) of the Rules Governing § 2254 Cases and to avoid changing the Respondent again if Petitioner is transferred to another prison or paroled, the Court hereby sua sponte **ORDERS** the substitution of Matthew Cate, Secretary of the California Department of Corrections and Rehabilitation, as

Respondent in place of "John Marshall." *See Ortiz-Sandoval v. Gomez*, 81 F.3d 891, 894 (9th Cir. 1996) (stating that the respondent in § 2254 proceedings may be the chief officer in charge of state penal institutions).

The Clerk of the Court shall modify the docket to reflect "Matthew Cate, Secretary" as respondent in place of "John Marshall."

**IT IS SO ORDERED.**

DATED: June 14, 2011

Bernard G. Skomal
United States Magistrate Judge